UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

THOMAS LEONARD WORMUTH					CASE #:  11-bk-01252-KSJ

DARLA LEE WORMUTH					Chapter 13

    Debtor(s)
_____/

## Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-12 (FEB 2011 – JAN 2012) | $900.00 |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees:**

| Attorney Name | Claim Amount | Payment Amount | Payment Number of Months |
|---|---|---|---|
| Lewis Roberts, PA | $2575.00 | $810.00<br>$145.00 | 1-3<br>4 |
| Lewis Roberts, PA (attorney maintenance) | | | |

**Priority Claims:**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee, and

| Name of Creditor | Claim Amount | Payment Amount | Payment Number of Months |
|---|---|---|---|
| none | | | |

**Secured Claims:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Number of Months |
|---|---|---|---|
| Space Coast (Chevy) | | Paid outside | |
| Space Coast (Yamaha) | | Paid outside | |

**Secured Arrearage:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Number of Months |
|---|---|---|---|
| none | | | |

**Secured Gap Payments:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Number of Months |
|---|---|---|---|
| none | | | |

**Property to Be Surrendered:**

| Creditor Name | Property Description and/or Address |
|---|---|
| BOA | 5 Burland Place, Palm Coast, FL |
| World Omni | 2004 KIA Optima (co-signors) |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Number of Months |
|---|---|---|---|
| none | | | |

**Executory Contracts:**

**The following Executory Contracts are assumed:**

| Name of Creditor | Description of Collateral | Payment Number of Months |
|---|---|---|
| none | | |

**The following Executory Contracts are rejected**:

| Name of Creditor | Description of Collateral |
|---|---|
| none | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 100%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan.

# CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, or electronic transmission, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this March 2, 2011.

*/s/ Thomas Leonard Wormuth*
Thomas Leonard Wormuth

*/s/ Darla Lee Wormuth*
Darla Lee Wormuth

*/s/ Lewis Roberts*
Lewis Roberts
FL Bar #98190
Lewis Roberts, PA
785 W Granada Blvd #5
Ormond Beach, FL  32174
(386) 677-9450
(888) 897-3750 fax
lewis@lrlawoffice.com